Case 3:06-cv-00518-B   Document 5   Filed 05/04/06   Page 1 of 1   PageID 20

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY - 4 2006

CLERK, U.S. DISTRICT COURT
By _____
     Deputy

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SLYVESTER CONWAY, JR. ) | |
| ) | |
| V. ) | 3-06-CV-518-B |
| ) | |
| WARDEN BRAGGS, ET AL ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 4th day of May, 2006.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE